V. Blair Shahbazian, SBN 125656
Lisa D. Nicolls, SBN 234576
Murphy Austin Adams Schoenfeld LLP
304 S Street (95814-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:    (916) 446-2300
Facsimile:    (916) 503-4000
Email:        bshahbazian@murphyaustin.com
Email:        lnicolls@murphyaustin.com

Attorneys for Defendant/Cross-Claimant/Cross-Defendant UPA GROUP, INC. and Defendant/Counter-Defendant/Cross-Defendant LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF GRAYBAR ELECTRIC COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MILLER/WATTS CONSTRUCTORS, INC., a California corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; UPA GROUP, INC., a California corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. <br><br> UPA GROUP, INC., a California corporation, <br><br> Cross-Claimant, <br><br> v. <br><br> GILBERT ELECTRIC, INC., a suspended California corporation, <br><br> Cross-Defendant. <br><br> AND RELATED COUNTERCLAIM. | Case No.  1:06-CV-01521-AWI-DLB <br><br> **ORDER CONTINUING HEARING ON MOTION FOR STAY OF ACTION PENDING ARBITRATION AND TO COMPEL ARBITRATION ON BEHALF OF UPA GROUP, INC. AND LIBERTY MUTUAL INSURANCE COMPANY [9 U.S.C.A. §§ 3, 4]** <br><br> Date:    April 16, 2007 <br> Time:    1:30 p.m. <br> Judge:   The Honorable Anthony W. Ishii <br> Ctrm.:   2 <br><br> Complaint Filed:    October 27, 2006 |

AND RELATED CROSS-ACTION.

## ORDER

For good cause shown as set forth in the parties' Stipulation to Continue Hearing on Motion for Stay of Action Pending Arbitration and to Compel Arbitration,

IT IS HEREBY ORDERED that the hearing on UPA Group, Inc.'s and Liberty Mutual Insurance Company's Motion for Stay of Action Pending Arbitration and to Compel Arbitration is continued from April 16, 2007 to **June 4, 2007 at 1:30 p.m. before the Honorable Anthony W. Ishii in Courtroom 2**.

IT IS SO ORDERED.

Dated:   April 10, 2007                              /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE