**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF GRAYBAR ELECTRIC COMPANY, INC.,**<br><br>　　　　　　**Plaintiff**,<br><br>　v.<br><br>**MILLER/WATTS CONSTRUCTORS, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY, UPA GROUP, INC., LIBERTY MUTUAL INSURANCE COMPANY, DOES 1-50, INCLUSIVE,**<br><br>　　　　　　**Defendants.**<br>_____<br>**UPA GROUP, INC.**<br><br>　　　　　　**Cross-Claimant**,<br><br>　v.<br><br>**GILBERT ELECTRIC, INC.**<br><br>　　　　　　**Cross-Defendant.**<br>_____<br>**AND RELATED COUNTER-CLAIM.**<br>_____<br>**AND RELATED CROSS-ACTION.**<br>_____ | **CASE NO. CV-F-06-01521 AWI/ DLB**<br><br>**ORDER ON UPA GROUP, INC. AND LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR STAY OF ACTION PENDING ARBITRATION AND TO COMPEL ARBITRATION** |

1    Defendants, Cross-Claimants, and Cross-Defendants UPA Group, Inc. ("UPA") and
2 Liberty Mutual Insurance Company ("LMIC") have noticed for hearing and decision a Motion
3 for Stay of Action Pending Arbitration and to Compel Arbitration.  The matter is currently
4 scheduled for hearing on June 4, 2007.  Plaintiff Graybar Electric Company, Inc. ("Graybar")
5 filed an opposition on March 26, 2007.  Defendants and Counter-Claimants Miller/Watts
6 Constructors, Inc. ("Miller/Watts") and St. Paul Fire & Marine Insurance Company ("St. Paul"),
7 and Cross-Claimants and Cross-Defendants Gilbert Electric, Inc. ("Gilbert Electric") filed
8 joinders to UPA and LMIC's motion.  UPA and LMIC filed a reply brief on May 25, 2007, in
9 which they represented that the Complaint filed by Graybar against UPA and LMIC has been
10 resolved, and that according to mutual resolution Graybar was to file a dismissal of the
11 Complaint.  UPA and LMIC requested that their motion be granted in light of Graybar's
12 dismissal and the joinders by the other parties.  On May 29, 2007, Graybar filed notice of
13 dismissal of its Complaint with prejudice against UPA, LMIC, Miller/Watts, and St. Paul that did
14 not comply with Fed. R. Civ. Pro. Rule 41.

15    The Court has reviewed UPA and LMIC's motion, as well as the applicable law, and has
16 determined that the motion is suitable for decision without oral argument.  *See* Local Rule
17 78-230(h).

18    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 4,
19 2007, is VACATED, and no party shall appear at that time.  As of June 4, 2007, the court will
20 take the matter under submission, and will thereafter issue its decision.  Graybar shall file a
21 notice of dismissal that complies with Fed. R. Civ. Pro. Rule 41 by June 4, 2007.

23 IT IS SO ORDERED.
24 **Dated:   May 31, 2007**           /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE

2