1
2
3
4
5
6
7          **IN THE UNITED STATES DISTRICT COURT FOR THE**
8              **EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  **UNITED STATES OF AMERICA FOR** | **CASE NO. CV-F-06-01521 AWI/** |
| **THE USE AND BENEFIT OF** | **DLB** |
| 11  **GRAYBAR ELECTRIC COMPANY,** | |
| **INC.,** | |
| 12 | **ORDER PURSUANT TO** |
|           **Plaintiff**, | **STIPULATION DISMISSING** |
| 13 | **GRAYBAR ELECTRIC** |
|     **v.** | **COMPANY'S COMPLAINT** |
| 14 | |
| **MILLER/WATTS CONSTRUCTORS,** | |
| 15  **INC., ST. PAUL FIRE AND MARINE** | |
| **INSURANCE COMPANY, UPA** | |
| 16  **GROUP, INC., LIBERTY MUTUAL** | |
| **INSURANCE COMPANY, DOES 1-50,** | |
| 17  **INCLUSIVE,** | |
| 18           **Defendants.** | |

19
**UPA GROUP, INC.**
20
                 **Cross-Claimant**,
21
        **v.**
22
**GILBERT ELECTRIC, INC.**
23
                 **Cross-Defendant.**
24
25  **AND RELATED COUNTER-CLAIM.**
26
**AND RELATED CROSS-ACTION.**
27
28

1    The Court is in receipt of the parties' stipulation to dismiss with prejudice the complaint

2  filed by Plaintiff United States of America, for the use and benefit of Graybar Electric Company,

3  Inc. against Defendants Miller/Watts Constructors, Inc.; St Paul Fire and Marine Insurance

4  Company; UPA Group, Inc.; and Liberty Mutual Insurance Company; and Does 1 through 50,

5  inclusive, filed with the Court on May 31, 2007.

6

7  IT IS SO ORDERED.

8  **Dated:    June 6, 2007**                            _____/s/ **Anthony W. Ishii**_____
                                                           UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                    2