**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF GRAYBAR ELECTRIC COMPANY, INC.,**<br><br>　　　　　　　**Plaintiff**,<br><br>　v.<br><br>**MILLER/WATTS CONSTRUCTORS, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY, UPA GROUP, INC., LIBERTY MUTUAL INSURANCE COMPANY, DOES 1-50, INCLUSIVE,**<br><br>　　　　　　　**Defendants.**<br>_____<br>**UPA GROUP, INC.**<br><br>　　　　　　　**Cross-Claimant**,<br><br>　v.<br><br>**GILBERT ELECTRIC, INC.**<br><br>　　　　　　　**Cross-Defendant.**<br>_____<br>**AND RELATED COUNTER-CLAIM.**<br>_____<br>**AND RELATED CROSS-ACTION.**<br>_____ | **CASE NO. CV-F-06-01521 AWI/ DLB**<br><br>**ORDER GRANTING UPA GROUP, INC. AND LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR STAY OF ACTION PENDING ARBITRATION AND TO COMPEL ARBITRATION** |

Defendants, Cross-Claimants, and Cross-Defendants UPA Group, Inc. ("UPA") and Liberty Mutual Insurance Company ("LMIC") filed a Motion for Stay of Action Pending Arbitration and to Compel Arbitration seeking that the Court compel arbitration of the cross-claims filed by UPA and Gilbert Electric, Inc. aka G.E. Electrical, Inc. ("Gilbert"), and stay the entire action because the related claims are subject to arbitration under the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*  Gilbert filed a joinder to UPA and LMIC's motion, as did Defendants and Counter-Claimants Miller/Watts Constructors, Inc. ("Miller/Watts") and St. Paul Fire & Marine Insurance Company ("St. Paul").  Plaintiff Graybar Electric Company, Inc. ("Graybar") was the only party that filed an opposition to the motion.

In their reply brief, UPA and LMIC represented that the Complaint filed by Graybar against UPA, LMIC, Miller/Watts, and St. Paul has been resolved.  UPA and LMIC requested that their motion be granted in light of Graybar's dismissal and the joinders in the motion by the other parties.  On May 31, 2007, Graybar dismissed its Complaint with prejudice.

The matter was taken under submission by this Court on June 4, 2007.

This Court's review of the record indicates that the following claims are still pending before this Court: UPA's claims against Gilbert; Miller/Watts and St. Paul's claims against UPA and LMIC; and Gilbert's claims against UPA, LMIC, Miller/Watts, and St. Paul.  The Court has reviewed UPA and LMIC's motion, the joinders in the motion by Miller/Watts, St. Paul, and Gilbert Electric, Graybar's dismissal of its Complaint, as well as the applicable law, and has determined that the motion should be granted as to the remaining claims.

Therefore, IT IS HEREBY ORDERED that the motion for a stay of action pending arbitration and to compel arbitration is hereby GRANTED.  The entire action is stayed pending arbitration and all remaining claims are referred to arbitration.  The parties shall provide this Court with a status report within 10 days after determination of the pending matters by the arbitrator.  The motion is hereby DENIED as moot for Graybar's claims against UPA, LMIC, Miller/Watts, and St. Paul.

IT IS SO ORDERED.

**Dated:     June 6, 2007**                              /s/ Anthony W. Ishii
                                                                UNITED STATES DISTRICT JUDGE

3