**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF GRAYBAR ELECTRIC COMPANY, INC.,** )<br>)<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MILLER/WATTS CONSTRUCTION, INC., et al,** )<br>)<br>**Defendants.** )<br>─────────────────────────)<br>)<br>**And related cross claims.** )<br>─────────────────────────) | 1:06-CV-1521 AWI DLB<br><br>**ORDER VACATING NOVEMBER 22, 2010 HEARING DATE**<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE STEPHEN R. HARRIS**<br><br>**ORDER DIRECTING PARTIES TO FILE A STATUS REPORT WITHIN THREE MONTHS** |

The Clerk of the Court placed this action on the court's calendar for Monday, November 22, 2010 because of the lack of activity in this case.  The review of the parties' status reports, it appears one party, UPS Group, Inc., is in bankruptcy proceedings.

Accordingly, the court ORDERS that:

1. The previously set hearing date of November 22, 2010, is VACATED, and the parties shall not appear at that time.

2. The Clerk of the Court is DIRECTED to serve a courtesy copy of this order on UPS Group, Inc.'s current attorney:

        Stephen R. Harris
        Belding, Harris & Petroni, Ltd.
        417 Plumb Lane
        Reno, NV 89509

3. The parties shall file status reports within sixty days updating the court on the status of this action.

IT IS SO ORDERED.

Dated:   November 17, 2010                      /s/ signature

                                              CHIEF UNITED STATES DISTRICT JUDGE